# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C ATLANTA

DEC 2 2015

NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, CLERK
By_____ Deputy Clerk

UNITED STATES OF AMERICA

V.

RYAN VINCENT HILL and TEKEVIOUS BRANDON

**EXHIBIT AND WITNESS LIST**

Case Number: 1:15-cr-109-AT-JSA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Justin S. Anand | John Ghose and Richard Moultrie | A. Norton for Hill and S. Berne for Brandon |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Evidentiary Hearing | A. Ashley | B. Graves |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/2/15 |  |  | Witness, Investigator Summer Benton, sworn and testified. |
|  |  | 12/2/15 |  |  | Witness, Sargent, Carven Tyus, sworn and testified. |
| 1 |  | 12/2/15 | X | X | Government's Exhibit, #1 -impound report |
| 2 |  | 12/2/15 | X | X | Government's Exhibit #2 - APD Policy Manual |
|  |  | 12/2/15 |  |  | Witness, FBI Agent Michael T. Greene, sworn and testified. |
| 3 |  | 12/2/15 | X | X | Government's Exhibit #3, Waiver of Rights form. |
| 4 |  | 12/2/15 | X | X | Government's Exhibit #4, CD of Jail Calls |
| 5 |  | 12/2/15 | X | X | Government's Exhibit #5, Transcript of Jail Call, Session # 0119 |
| 6 |  | 12/2/15 | X | X | Government's Exhibit #6, Transcript of Jail Call , Session #0136 |
|  | 1 | 12/2/15 | X | X | Defendant's Exhibit #1, Marriage Certificate |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages