```
                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION

UNITED STATES OF AMERICA,        :
                                 :
vs.                              :   DOCKET NUMBER
                                 :   1:15-CR-109-AT-3
RYAN VINCENT HILL,               :
                                 :   ATLANTA, GEORGIA
          DEFENDANT.             :   JANUARY 23 - 26, 2017
```

**TRANSCRIPT OF JURY TRIAL (EXCERPTED) PROCEEDINGS**
**BEFORE THE HONORABLE AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**
**VOLUME IV OF IV**

APPEARANCES OF COUNSEL:

   **FOR THE GOVERNMENT:**

   JOHN S. GHOSE
   RICHARD MOULTRIE
   UNITED STATES ATTORNEY'S OFFICE

   **FOR THE DEFENDANT:**

   ALBERT L. NORTON, JR.
   NORTON & ASSOCIATES, P.C.

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*
*TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:*    *SHANNON R. WELCH, RMR, CRR*
                              *2394 UNITED STATES COURTHOUSE*
                              *75 TED TURNER DRIVE, SOUTHWEST*
                              *ATLANTA, GEORGIA  30303*
                              *(404) 215-1383*

```
 1                    I N D E X  T O  V O L U M E S

 2

 3      VOLUME I                            PAGES 1 - 101

 4      VOLUME II                           PAGES 102 - 347

 5      VOLUME III                          PAGES 348 - 455

 6      VOLUME IV                           PAGE  456 - 463

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X   T O   P R O C E E D I N G S

 2

 3                                                                 PAGE

 4                         JANUARY 23, 2017

 5    PRELIMINARY INSTRUCTIONS

 6        by The Court                                              16

 7    OPENING STATEMENT

 8        by Mr. Moultrie                                           27
          by Mr. Norton                                             32
 9
                          THE GOVERNMENT'S CASE
10    WITNESS                                                      PAGE

11    WILLIE HARPER

12        Direct Examination
            by Mr. Ghose                                            47
13        Cross-Examination
            by Mr. Norton                                           78
14
      EDWARD SMART
15
          Direct Examination
16          by Mr. Ghose                                            80
          Cross-Examination
17          by Mr. Norton                                           88

18                         JANUARY 24, 2017

19    VADA FANIEL

20        Direct Examination
            by Mr. Ghose                                           112
21        Cross-Examination
            by Mr. Norton                                          144
22
      AYRION CHANDLER
23
          Direct Examination
24          by Mr. Ghose                                           153
          Cross-Examination
25          by Mr. Norton                                          165
```

```
 1   (...cont'd...)

 2        WITNESS                                             PAGE

 3   JERALD LAWSON

 4        Direct Examination
            by Mr. Ghose                                      178
 5        Cross-Examination
            by Mr. Norton                                     194
 6        Redirect Examination
            by Mr. Ghose                                      198
 7
     JAMIR DENSON
 8
          Direct Examination
 9          by Mr. Moultrie                                   205
          Cross-Examination
10          by Mr. Norton                                     231

11   KAYODE ADELEYE

12        Direct Examination
            by Mr. Moultrie                                   254
13        Cross-Examination
            by Mr. Norton                                     308
14        Redirect Examination
            by Mr. Moultrie                                   340
15
                          JANUARY 25, 2017
16
     JORDAN PEYTON
17
          Direct Examination
18          by Mr. Ghose                                      359
          Cross-Examination
19          by Mr. Norton                                     365
          Redirect Examination
20          by Mr. Ghose                                      374

21                             * * *

22   CHARGE CONFERENCE                                        348

23   CLOSING ARGUMENT

24        by Mr. Ghose                                        388
          by Mr. Norton                                       397
25        by Mr. Ghose                                        425
```

```
 1  (...cont'd...)
 2  CHARGE
 3       by The Court                                          433
 4                      JANUARY 26, 2017
 5  VERDICT                                                    456
 6  POLLING OF THE JURY                                        457
 7  CERTIFICATE                                                464
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   PROCEEDINGS OF JANUARY 26, 2017.
 2                (The jury recommenced their deliberations at
 3                10:08 A.M., and the proceedings reconvened at
 4                11:38 A.M., as follows:)
 5            THE COURT:  Good morning.  Please have a seat.  I
 6   understand we have a verdict in the case.  So I'm going to call
 7   the jury back, unless there is anything I need to address
 8   beforehand.
 9            MR. GHOSE:  No, Your Honor.
10            MR. NORTON:  No, Your Honor.
11                (The jury entered the courtroom at 11:39 A.M.)
12            THE COURT:  All right.  I understand we have a
13   verdict.  Are you the jury foreperson?
14            THE FOREPERSON:  Yes, ma'am.
15            THE COURT:  Would you go ahead and give the verdict
16   form to the officer.  Thank you very much.
17            All right.  This is the jury verdict in the *United
18   States of America vs. Ryan Vincent Hill* as to Count 3.  As to
19   Number 1, as to the offense charged in Count 3 of the
20   superseding indictment, we, the jury, find the defendant, Ryan
21   Vincent Hill, guilty.
22            And as to Number 2, having found the defendant guilty
23   of the offense charged in Count 3, we, the jury, further find
24   with respect to that count that a firearm was brandished.
25            So say we all, signed and dated at the United States
```

```
 1  Courthouse, Atlanta, Georgia, the 26th day of January, 2017.
 2  And it is signed by Ryan W. Floyd, foreperson.
 3            Does either party wish to poll the jury?
 4            MR. NORTON:  We would, Your Honor.
 5            COURTROOM DEPUTY CLERK:  Okay.  I'm going to ask you
 6  a couple of questions.  When I call your name, please stand up,
 7  please speak in the microphone, and just answer the question.
 8            Ms. Arias-Vargas, was the verdict just published your
 9  verdict?
10            JUROR ARIAS-VARGAS:  Yes, it is.
11            COURTROOM DEPUTY CLERK:  Is it now your verdict?
12            JUROR ARIAS-VARGAS:  Yes.
13            COURTROOM DEPUTY CLERK:  Was the verdict entered
14  freely and voluntarily by you?
15            JUROR ARIAS-VARGAS:  Yes, it is.
16            COURTROOM DEPUTY CLERK:  Thank you.
17            Mr. Charagh, was the verdict just published your
18  verdict?
19            JUROR CHARAGH:  Yes.
20            COURTROOM DEPUTY CLERK:  Is it now your verdict?
21            JUROR CHARAGH:  Yes.
22            COURTROOM DEPUTY CLERK:  Was the verdict entered
23  freely and voluntarily by you?
24            JUROR CHARAGH:  Yes.
25            COURTROOM DEPUTY CLERK:  Thank you.
```

```
1              Ms. Dyer, was the verdict just published your
2    verdict?
3              JUROR DYER:  Yes.
4              COURTROOM DEPUTY CLERK:  Is it now your verdict?
5              JUROR DYER:  Yes.
6              COURTROOM DEPUTY CLERK:  Was the verdict entered
7    freely and voluntarily by you?
8              JUROR DYER:  Yes.
9              COURTROOM DEPUTY CLERK:  Thank you.
10             Ms. Calhoun, was the verdict just published your
11   verdict?
12             JUROR CALHOUN:  Yes.
13             COURTROOM DEPUTY CLERK:  Is it now your verdict?
14             JUROR CALHOUN:  Yes.
15             COURTROOM DEPUTY CLERK:  Was the verdict entered
16   freely and voluntarily by you?
17             JUROR CALHOUN:  Yes.
18             COURTROOM DEPUTY CLERK:  Thank you.
19             Mr. Morgan, was the verdict just published your
20   verdict?
21             JUROR MORGAN:  Yes.
22             COURTROOM DEPUTY CLERK:  Is it now your verdict?
23             JUROR MORGAN:  Yes.
24             COURTROOM DEPUTY CLERK:  Was the verdict entered
25   freely and voluntarily by you?
```

```
1                    JUROR MORGAN:  Yes.
2                    COURTROOM DEPUTY CLERK:  Thank you.
3                    Mr. Kypta, was the verdict just published your
4    verdict?
5                    JUROR KYPTA:  Yes.
6                    COURTROOM DEPUTY CLERK:  Is it now your verdict?
7                    JUROR KYPTA:  Yes.
8                    COURTROOM DEPUTY CLERK:  Was the verdict entered
9    freely and voluntarily by you?
10                   JUROR KYPTA:  Yes.
11                   COURTROOM DEPUTY CLERK:  Thank you.
12                   Ms. Amin, was the verdict just published your
13   verdict?
14                   JUROR AMIN:  Yes.
15                   COURTROOM DEPUTY CLERK:  Is it now your verdict?
16                   JUROR AMIN:  Yes.
17                   COURTROOM DEPUTY CLERK:  Was the verdict entered
18   freely and voluntarily by you?
19                   JUROR AMIN:  Yes.
20                   COURTROOM DEPUTY CLERK:  Thank you.
21                   Ms. George, was the verdict just published your
22   verdict?
23                   JUROR GEORGE:  Yes.
24                   COURTROOM DEPUTY CLERK:  Is it now your verdict?
25                   JUROR GEORGE:  Yes.
```

1           COURTROOM DEPUTY CLERK:  Was the verdict entered
2   freely and voluntarily by you?
3           JUROR GEORGE:  Yes.
4           COURTROOM DEPUTY CLERK:  Thank you.
5           Mr. Hirshenberger, was the verdict just published
6   your verdict?
7           JUROR HIRSHENBERGER:  Yes.
8           COURTROOM DEPUTY CLERK:  Is it now your verdict?
9           JUROR HIRSHENBERGER:  Yes.
10          COURTROOM DEPUTY CLERK:  Was the verdict entered
11  freely and voluntarily by you?
12          JUROR HIRSHENBERGER:  Yes.
13          COURTROOM DEPUTY CLERK:  Thank you.
14          Ms. Blakemore, was the verdict just published your
15  verdict?
16          JUROR BLAKEMORE:  Yes.
17          COURTROOM DEPUTY CLERK:  Is it now your verdict?
18          JUROR BLAKEMORE:  Yes.
19          COURTROOM DEPUTY CLERK:  Was the verdict entered
20  freely and voluntarily by you?
21          JUROR BLAKEMORE:  Yes.
22          COURTROOM DEPUTY CLERK:  Thank you.
23          Mr. Smith, was the verdict just published your
24  verdict?
25          JUROR SMITH:  Yes.

```
 1              COURTROOM DEPUTY CLERK:  Is it now your verdict?
 2              JUROR SMITH:  Yes.
 3              COURTROOM DEPUTY CLERK:  Was the verdict entered
 4   freely and voluntarily by you?
 5              JUROR SMITH:  Yes.
 6              COURTROOM DEPUTY CLERK:  Thank you.
 7              Mr. Floyd, was the verdict just published your
 8   verdict?
 9              JUROR FLOYD:  Yes.
10              COURTROOM DEPUTY CLERK:  Is it now your verdict?
11              JUROR FLOYD:  Yes.
12              COURTROOM DEPUTY CLERK:  Was the verdict entered
13   freely by and voluntarily by you?
14              JUROR FLOYD:  Yes.
15              COURTROOM DEPUTY CLERK:  Your Honor, the jury has
16   been polled.
17              THE COURT:  As the verdict is unanimous and all
18   jurors have affirmed the verdict, I am directing Ms. McConochie
19   to file and record the verdict.
20              Ladies and gentlemen of the jury, thank you so much
21   for your thoughtful deliberations.  You obviously spent some
22   real time on this and thought.  And it is a great public
23   service, and we are all most appreciative.
24              You're free to go.  But I would be -- you know, I
25   would also like to chat with you.  But if anyone wants to
```

1  leave, you are welcome to do so.  But I will meet you in about
2  -- anyone who wants to stay to talk with me in the jury room in
3  about a minute or so -- minute or two.
4           So you are going to be excused.  I need to say one or
5  two things to the parties, and then I will meet whoever wants
6  to.  And it is always possible that some counsel may want to
7  stay and talk with you about your perceptions of the case.
8  That is completely voluntary and up to you.  And if they want,
9  though, they can stay out there by the elevator.  But if you
10 just want to leave, they won't bother you in any way.  So I'll
11 be back in about two minutes.
12          **(The jury exited the courtroom at 11:46 A.M.)**
13          THE COURT:  All right.  Mr. Hill, as the jury has
14 found you guilty, we will reset the sentencing date so that the
15 verdict as to Count 3 will be taken into account in the
16 presentence report.
17          Ms. McConochie, do you have a proposed date?
18          COURTROOM DEPUTY CLERK:  I do, Your Honor.  March 27
19 at 10:30 A.M.
20          THE COURT:  All right.  I know that, Mr. Hill, you've
21 had family -- one or more family members who seem to have
22 attended the trial or friends.  And I'm very glad that they
23 have been here for you.  And I hope that they can be here in
24 the future for you in all proceedings.
25          I do think that the jury thoughtfully reviewed the

1  evidence.  I don't mean that as any conclusion on what they
2  did.  But they were a very serious jury in the way they
3  undertook their responsibilities.  And I will see you at the
4  time of the sentencing.
5          Is there anything else I should address at this time,
6  Counsel, from either party?
7          MR. NORTON:  Your Honor, I just want to be sure that
8  I preserve the Rule 29 motion that I previously made.  I guess
9  I will formally renew it since we're at this stage of the case.
10         THE COURT:  All right.  Your renewal of the motion is
11 noted.  As I indicated also at the time that I denied it
12 originally that I thought there was evidence that could support
13 a reasonable jury verdict in either direction and still think
14 so.  And, therefore, I will deny it in its subsequent form
15 after the verdict.
16         All right.  Thank you very much, gentlemen.  We'll
17 see you --
18         COURTROOM SECURITY OFFICER:  All rise.
19         THE COURT:  -- in a few months.
20             **(The proceedings were thereby concluded at**
21             **11:49 A.M.)**

```
 1                    C E R T I F I C A T E

 2

 3   UNITED STATES OF AMERICA

 4   NORTHERN DISTRICT OF GEORGIA

 5

 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7   the United States District Court, for the Northern District of

 8   Georgia, Atlanta Division, do hereby certify that the foregoing

 9   463 pages constitute a true transcript of proceedings had

10   before the said Court, held in the City of Atlanta, Georgia, in

11   the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13   17th day of March, 2017.

14

15

16

17   _____
     SHANNON R. WELCH, RMR, CRR
18   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25
```