RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 7 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:15-cr-104-TI

Clerk Of Court
75 Spring Street S.W. Room 2211
Atlanta, GA 30303

Dated: July 1, 2020

Dear Clerk,

I'm writing in regards to my 2255(f)(1) in light of (Davis v. U.S., 139 S.Ct. 2319: 204 L.Ed 2d 751: 2019 U.S. Lexis 4210 No. 18-431 June 24, 2019) (924(c)(3)(B) being unconstitutionally vague). Now its another caselaw that further points to 2113(a)(d) see Trubley v. U.S., 2020 U.S. App. Lexis 14170 No. 16-17663 11 Cir. May 4, 2020) (924(c)(3)(B) is unconstitutionally vague).

Ryan Hill
66507019

Respectfully Submitted
x Ryan Hill

INMATE NAME/NUMBER: *Ryan Hill 6650709*
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD *Medium*
P.O. BOX *2000*
WHITE DEER, PA 17887

HARRISBURG PA 171

CO JUL 2020 PM 3 L

CLEARED
JUL -7 2020
U.S. Marshals
Atlanta, GA

*Legal Mail*

JUL 01 2020

*Clerk Of Court*
*75 Spring Street S.W. Room 2211*
*Atlanta, GA 30303*

30303-331861