UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN VINCENT HILL,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL NO. 1:15-CR-109-AT-3<br><br>CIVIL ACTION FILE<br>NO. 1:19-cv-2608-AT |

## J U D G M E N T

The Court having DENIED the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Atlanta, Georgia this 31st day of March, 2023.

                                         KEVIN P. WEIMER
                                         CLERK OF COURT


By:  s/Jill Ayers
      Deputy Clerk

Filed: March 31, 2023
Entered:
In the Clerk's Office
Kevin P. Weimer
Clerk of Court

By: s/Jill Ayers
      Deputy Clerk